ported by substantial evidence, is not against the weight of the evidence, and does not erroneously declare or apply the law. *Murphy v. Carron*, 536 S.W.2d 30 (Mo. banc 1976).

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum for their information only, setting forth the reasons for this order.

We affirm pursuant to Rule 84.16(b).

dent is liable for damages caused by Respondent's employee, who knowingly consumed 'spiked' punch at a company Christmas party, then drove her car while intoxicated and collided with Appellants' vehicle.

We have reviewed the briefs of the parties, the legal file and the record on appeal and no error of law appears. An extended opinion reciting the detailed facts and restating the principles of law would have no precedential or jurisprudential value. We affirm pursuant to Rule 84.16(b).

Edward CHAMBERS, et al., Appellants,

v.

EASTER FENCE COMPANY, INC., Respondent.

No. 74143.

Missouri Court of Appeals, Eastern District, Division Two.

Oct. 20, 1998.

Joseph HEIDEBUR, Appellant,

v.

STATE of Missouri, Respondent.

No. 73763.

Missouri Court of Appeals, Eastern District, Division Five.

Oct. 20, 1998.

James E. Hullverson, Jr., St. Louis, for appellants.

John F. Cooney, Susan Muldoon Deneault, Evans & Dixon, St. Louis, for respondent.

Before JAMES R. DOWD, P.J., and CRAHAN and RICHARD B. TEITELMAN, JJ.

### ORDER

PER CURIAM.

Appellants Edward, Julie, Janet and Louise Chambers appeal from the judgment sustaining Respondent Easter Fence Company's motion to dismiss for failing to state a cause of action. Appellants argue Respon-

